WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net

*Attorneys for Defendants, Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., as Nominee for Lender Aegis Lending Corporation; and U.S. Bank, National Association, as Trustee for the registered holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005, erroneously named as U.S. Bank, National Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN D. REILLY, an individual; and ANTONIA REILLY, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>OCWEN LOAN SERVICING, LLC, a foreign Limited Liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR LENDER AEGIS LENDING CORPORATION; U.S. BANK NATIONAL ASSOCIATION, a foreign lending institution; and all persons unknown claiming legal title or equitable right, title, estate, lien, or interest in the property described in the Complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto; DOES 1-10, and CORPORATIONS I-X, inclusive, <br><br>Defendants. | Federal Court Case No.: 3:15-CV-00211 <br><br>District Court Case No.:CV15-00430 <br><br>**CERTIFICATE OF INTERESTED PARTIES** |

- 1 -

Pursuant to F.R.C.P. 7.1 and Local Rule 7.1-1 of the U.S. District Court Rules, the undersigned, Dana Jonathon Nitz, Esq., and Natalie C. Lehman, Esq., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of record for Defendants Ocwen Loan Servicing, LLC; Mortgage Electronic Registration Systems, Inc., as Nominee for Lender Aegis Lending Corporation; and U.S. Bank, National Association, as Trustee for the registered holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005, erroneously named as U.S. Bank, National Association, hereby certify that there are no other known interested parties other than those disclosed in this Certificate. Defendants' counsel further certifies the following: Defendant **Ocwen Loan Servicing, LLC** is a wholly-owned subsidiary of Ocwen Financial Corporation. MERSCORP Holdings, Inc. is the parent company of Defendant **Mortgage Electronic Registration Systems, Inc.** Defendant **U.S. Bank, National Association** is a wholly-owned subsidiary of U.S. Bancorp.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 13th day of April, 2015.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Natalie C. Lehman*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Defendants, Ocwen Loan Servicing, LLC; Mortgage Electronic Registration Systems, Inc., as Nominee for Lender Aegis Lending Corporation; and U.S. Bank, National Association, as Trustee for the registered holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was made on the 13 day of April 2015, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

KREITLEIN LAW GROUP, LTD.
Philip L Kreitlein, Esq.
470 E. Plumb Lane, Suite 310
Reno, NV 89502
*Attorney for Plaintiff, John D. Reilly
And Antonia Reilly*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP