# Exhibit 1

# Exhibit 1

# Exhibit 1

ORIGINAL

```
                                                          F I L E D
                                                          Electronically
                                                       2015-03-26 01:56:24 PM
                                                          Jacqueline Bryant
                                                          Clerk of the Court
                                                     Transaction # 4879630 : ylloyd
```

1  **CODE: 4085**

2

3

4

5

6            IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

7                         IN AND FOR THE COUNTY OF WASHOE

8                                      * * *

9  JOHN D. REILLY, an individual;                Case No.:      CV15-00430
   and ANTONIA REILLY, an individual;
10                                                Dept. No.:     3
                Plaintiffs,
11
   vs.
12                                                TO: OCWEN LOAN SERVICING, LLC
   OCWEN LOAN SERVICING, LLC.,
13 a foreign Limited Liability Company;
   MORTGAGE ELECTRONIC REGISTRATION
14 SYSTEMS, INC., AS NOMINEE FOR LENDER
   AEGIS LENDING CORPORATION; U.S.
15 BANK NATIONAL ASSOCIATION., a foreign
   lending institution; and all persons unknown claiming
16 legal title or equitable right, title, estate, lien, or
   interest in the property described in the Complaint
17 adverse to Plaintiffs' title, or any cloud on
   Plaintiff's title thereto; DOES 1 - 10, and
18 CORPORATIONS I - X, inclusive.

19              Defendants.
                                                   /
20

21                                   **SUMMONS**

22 **TO THE DEFENDANTS: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST
   YOU WITHOUT BEING HEARD UNLESS YOU <u>RESPOND IN WRITING</u>, WITHIN 20 DAYS.**
23 **READ THE INFORMATION BELOW VERY CAREFULLY.**

24 A civil Complaint has been filed by the Plaintiffs against you for the relief as set forth in that document (see Complaint).
   When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedures, Rule 4(b).
25 The object of this action is: <u>          Declaratory Relief and Quiet Title to Real Property           </u>

26       1.    If you intend to defend this lawsuit, you must do the following within 20 days after service of this
               Summons, exclusive of the day of service:
27       a.    File with the Clerk of Court, whose address is shown below, **a formal written Answer**
               to the Complaint, along with the appropriate filing fees, in accordance with the Rules of
28             the Court; and
         b.    Serve a copy of your Answer upon the attorney or Plaintiffs whose name and address is
               shown below.

2.   Unless you respond, a Default will be entered upon application of the Plaintiffs and this Court may enter a Judgment against you for the relief demanded in the Complaint.

DATED this ____ day of March, 2015.

Issued on behalf of Plaintiffs' attorney:

Name: __PHILIP L. KREITLEIN, ESQ.__
Address: __470 E. Plumb Lane, Ste. 310__
          __Reno, Nevada 89502__
Phone Number: __(775) 786-2222__

JACQUELINE BRYANT, CLERK OF THE COURT

By: _____
     DEPUTY CLERK
     Second Judicial District Court
     75 Court Street
     Reno, Nevada 89501

**SECOND JUDICIAL DISTRICT COURT
COUNTY OF WASHOE, STATE OF NEVADA**

**AFFIRMATION
Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

Summons
_____
(Title of Document)

filed in case number: CV15-00430

[✓] Document does not contain the social security number of any person

-OR-

[ ] Document contains the social security number of a person as required by:

  [ ] A specific state or federal law, to wit:

  _____
  (State specific state or federal law)

  -or-

  [ ] For the administration of a public program

  -or-

  [ ] For an application for a federal or state grant

  -or-

  [ ] Confidential Family Court Information Sheet
  (NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 3/26/2015

(Signature)

Philip Kreitlein
(Print Name)

Plaintiff
(Attorney for)

Affirmation
Revised December 15, 2006

AFFT
Kreitlein Law Group, Ltd.
Philip L. Kreitlein, Esq.
470 East Plumb Lane Suite 310
Reno, NV 89502
State Bar No.: 5394
Attorney(s) for: Plaintiff(s)

**SECOND JUDICIAL DISTRICT COURT**
**WASHOE COUNTY, NEVADA**

John D. Reilly, an individual; and Antonia Reilly, an individual;
Plaintiff(s)
vs
Ocwen Loan Servicing, LLC., a foreign Limited Liability Company; et al.
Defendant(s)

Case No.: CV15-00430
Dept. No.: 3
Date:
Time:

**AFFIDAVIT OF SERVICE**

I, **Myla Carson**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1** copy(ies) of the: **Summons; Complaint For Declaratory Relief And To Quiet Title To Real Property** on the **11th** day of **March, 2015** and served the same on the **12th** day of **March, 2015** at **12:31 PM** by serving the **Defendant(s), Ocwen Loan Servicing, LLC., a foreign Limited Liability Company;** by personally delivering and leaving a copy at **Registered Agent, CSC Services of Nevada, 2215-B Renaissance Dr. Las Vegas NV 89119** with **Cayla Denney** pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the registered agent as shown on the current certificate of designation filed with the Secretary of State.

State of Nevada, County of __Clark__
SUBSCRIBED AND SWORN to before me on this
__13th__ day of __March__ __2015__

Notary Public   D. Watts

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
D. WATTS
Appt. No. 10-2737-1

Affiant - Myla Carson   #: R-067968

Legal Process Service -   License # 604
WorkOrderNo 1501983