# Exhibit 2

# Exhibit 2

# Exhibit 2

F I L E D
Electronically
2015-03-27 02:40:05 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 4881761 : melwood

**2520**
WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association*

## DISTRICT COURT

## WASHOE COUNTY, NEVADA

| | |
|---|---|
| JOHN D. REILLY, an individual; and ANTONIA REILLY, an individual; | Case No.: CV15-00430 Dept. No.: 3 |
| Plaintiff, vs. | **NOTICE OF APPEARANCE** |
| OCWEN LOAN SERVICING, LLC, a foreign limited liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR LENDER AEGIS LENDING CORPORATION; U.S. BANK NATIONAL ASSOCIATION., a foreign lending institution; and all persons unknown claiming legal title or equitable right, title, estate, lien, or interest in the property described in the Complaint adverse to Plaintiffs' title, or any cloud on Plaintiff's title thereto; DOES 1- 10, and CORPORATIONS I - X, inclusive. Defendants. | |

PLEASE TAKE NOTICE that DANA JONATHON NITZ, ESQ. and NATALIE C. LEHMAN, ESQ., of the law firm of WRIGHT, FINLAY & ZAK, LLP are hereby appearing on behalf of

1  Defendant, Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., U.S.
2  Bank National Association, the above referenced matter.  Please address all pleadings and
3  correspondences to:

5  Natalie C. Lehman, Esq.
   Nevada Bar No. 12995
6  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
7  (702) 475-7964; Fax: (702) 946-1345
   nlehman@wrightlegal.net

9  DATED this 27 day of March, 2015.

            WRIGHT, FINLAY & ZAK, LLP

            *Natalie C. Lehman*

            Natalie C. Lehman, Esq.
            Nevada Bar No. 12995
            7785 W. Sahara Ave., Suite 200
            Las Vegas, NV 89117
            (702) 475-7964; Fax: (702) 946-1345
            dnitz@wrightlegal.net
            nlehman@wrightlegal.net
            *Attorney for Defendant, Ocwen Loan Servicing,
            LLC, Mortgage Electronic Registration Systems,
            Inc., U.S. Bank National Association*

## AFFIRMATION

Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding **NOTICE OF APPEARANCE** filed in Case No. CV15-00430 **does not** contain the social security number of any person.

DATED this 27 day of March, 2015.

WRIGHT, FINLAY & ZAK, LLP

*Natalie C. Lehman*

Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorney for Defendant, Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **NOTICE OF APPEARANCE** was made on the 31 day of March, 2015, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

KREITLEIN LAW GROUP, LTD.
Philip L Kreitlein, Esq.
470 E. Plumb Lane, Suite 310
Reno, NV 89502
*Attorney for Plaintiff, John D. Reilly And Antonia Reilly*

An Employee of WRIGHT, FINLAY & ZAK, LLP