# Exhibit 7

# Exhibit 7

# Exhibit 7

